IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHON D. REED
ADC #137066                                                                  PLAINTIFF

v.                              No. 3:21-cv-40-DPM

STEVEN ANDERSON
Corporal, Grimes Unit, ADC                                          DEFENDANT

## JUDGMENT

Reed's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 March 2021